**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **NOVELPOINT SECURITY LLC,** <br><br> Plaintiff, <br><br> v. <br><br> **SAMSUNG ELECTRONICS AMERICA, INC., ET AL.,** <br><br> Defendants. | Case No. 2:12-cv-100 <br><br> **LEAD CASE** |
| **NOVELPOINT SECURITY LLC,** <br><br> Plaintiff, <br> v. <br><br> **MIDERN COMPUTER, INC., d/b/a SAGER,** <br><br> Defendant. | Case No. 2:12-cv-106 <br><br> **PATENT CASE** <br><br> **JURY TRIAL DEMANDED** |

## ORDER OF DISMISSAL WITH PREJUDICE

Having considered the Agreed Motion to Dismiss with Prejudice, Pursuant to Settlement, filed by Plaintiff NovelPoint Security LLC ("NovelPoint") and Defendant Midern Computer, Inc., d/b/a Sager ("Midern"), the Court is of the opinion that such Motion should be **GRANTED**.

It is therefore **ORDERED** that (a) all of NovelPoint's claims against Defendant Midern in this case are dismissed with prejudice, (b) all of Midern's counterclaims in this case against NovelPoint are dismissed with prejudice, and (c) all of Midern's third-party claims in this case against Third-Party Defendant Bizcom Electronics, Inc., are dismissed with prejudice. With

respect to all claims, counterclaims and third party claims in this case, each party shall bear its own costs, expenses and attorneys' fees.

**SIGNED this 21st day of November, 2012.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE